**NATIONAL SPORTS ATTRACTION, LLC**
**Schedule B - Personal Property**
**23. Licenses, franchises, and other general intangibles. Give particulars.**
**February, 2009**

| Vendor | Invoice Date | Num | Asset | Amount (book value) |
|---|---|---|---|---|
| Sports Vue Interactive | 05/24/07 | | 10 Year license of indoor soccer photographs | $ 1,000.00 |
| AP/Wide World Photos | 09/10/07 | | Licensing of Photos from AP | $ 1,050.00 |
| Kelly Kline Photography | 09/15/07 | 20792 | Photography services to convert Heisman portraits to hi-res images for gallery | $ 13,500.00 |
| Corbis Corporation | 09/24/07 | 7075699 | Image Licensing | $ 7,555.00 |
| Sameer Ahuja | 10/01/07 | | Reimbursement for image licensing expenses incurred | $ 5,152.00 |
| Corbis Corporation | 10/03/07 | 7078995 | Image Licensing | $ 4,270.00 |
| PCN Photography Inc. | 10/11/07 | | Licensing of DUOMA archive photos | $ 2,500.00 |
| Getty Images, Inc. | 10/11/07 | 5899468 | Licensing of images for use in venue | $ 3,921.00 |
| Action Images Ltd. | 10/16/07 | Inv34847 | Licensing of images for venue | $ 2,000.00 |
| Corbis Corporation | 10/27/07 | 7085282 | Image Licensing | $ 3,660.00 |
| Forefront Interactive | 11/02/07 | 4164 | Image Rights Reimbursement | $ 1,100.00 |
| PCN Photography Inc. | 11/14/07 | 270066 | Licensing of DUOMA archive photos | $ 500.00 |
| Signature Bank | 11/15/07 | | Licensing of Photos | $ 1,108.49 |
| Getty Images, Inc. | 11/19/07 | 5950722 | Licensing of images for use in venue | $ 1,000.00 |
| Getty Images, Inc. | 11/26/07 | 5961917 | Licensing of images for use in venue | $ 2,415.00 |
| Corbis Corporation | 11/28/07 | 4706199 | Image Licensing | $ 3,220.00 |
| Racing One Multimedia | 11/30/07 | PUB0006522 | Expenses related to Image Licensing | $ 75.00 |
| Cortina Productions | 09/21/07 | 21866 | Licensing of Images | $ 6,073.97 |
| Cortina Productions | 11/07/07 | 21897 | Film Production | $ 5,386.55 |
| Cortina Productions | 11/07/07 | 21903 | Film Production | $ 21,620.00 |
| Coastal Tennis, LLC | 12/11/07 | | Arthur Ashe photo | $ 500.00 |
| Signature Bank | 12/13/07 | Dec 13 2008 | Licensing of Photos | $ 365.03 |
| Bob Straus | 12/14/07 | 07-110 | US Open Image | $ 1,045.00 |
| Corbis Corporation | 12/14/07 | 7098159 | Image Licensing | $ 890.00 |
| Getty Images, Inc. | 12/17/07 | 5991847 | Licensing of images for use in venue | $ 2,960.00 |
| Corbis Corporation | 12/19/07 | 7099363 | Image Licensing | $ 3,655.00 |
| Getty Images, Inc. | 12/20/07 | 5997881 | Licensing of images for use in venue | $ 1,680.00 |
| Sameer Ahuja | 12/21/07 | | Reimbursement for image licensing expenses incurred | $ 14,150.24 |
| Corbis Corporation | 12/31/07 | 7102467 | Image Licensing | $ 7,880.00 |
| Michael Cole Camerawork | 12/31/07 | 5166 | Billie Jean King - no time limit | $ 1,050.00 |
| Corbis Corporation | 01/03/08 | 8000294 | Image Licensing | $ 335.00 |
| PCN Photography Inc. | 01/04/08 | 280003 | Licensing of DUOMA archive photos | $ 500.00 |
| Action Images Ltd. | 01/10/08 | Inv345673 | Licensing of images for venue | $ 1,000.00 |
| Corbis Corporation | 01/11/08 | 8001804 | Image Licensing | $ 275.00 |
| Corbis Corporation | 01/11/08 | 8001809 | Image Licensing | $ 3,655.00 |
| Work to Play | 01/11/08 | 1031 | Golf- Annika Sorenstam | $ 500.00 |
| Corbis Corporation | 01/16/08 | 8003059 | Image Licensing | $ 8,180.00 |
| International Sports Images, Inc. | 01/17/08 | 851 | USA women's team wall - 5 years from 3/1/08 | $ 450.00 |
| Icon Sports Media Inc. | 01/21/08 | 4654A | 10 yr. from 3/1/08 - vince Muzik | $ 375.00 |
| Corbis Corporation | 01/21/08 | 8003921 | Image Licensing | $ 275.00 |
| Seth Poppel Yearbook Library | 01/21/08 | 5001 | 3 Images | $ 450.00 |
| Corbis Corporation | 01/22/08 | 8004141 | Image Licensing | $ 825.00 |
| Corbis Corporation | 01/23/08 | 8004505 | Image Licensing | $ 2,210.00 |
| PCN Photography Inc. | 01/23/08 | 280005 | Licensing of DUOMA archive photos | $ 500.00 |
| Jesse Owens Trust | 01/28/08 | 01/28/08 | Olympic Exhibition image | $ 600.00 |
| Wide World Photos | 01/28/08 | 368525 | Jesse Owens | $ 700.00 |
| | 01/28/08 | | | $ 600.00 |
| Archives & Special Collections | 01/30/08 | 1/30/08 | Scan of Archives 08.17 | $ 72.00 |
| Sameer Ahuja | 01/31/08 | Jan 2008 | Reimbursement for image licensing expenses incurred | $ 24,120.00 |
| International Sports Images, Inc. | 01/31/08 | 806 | Image Licensing | $ 1,350.00 |
| Icon Sports Media Inc. | 02/01/08 | 4687A | 10 yr. from 3/1/08 - Lex Kentucky Mural | $ 375.00 |
| Corbis Corporation | 02/04/08 | 8007493 | Image Licensing | $ 825.00 |
| Corbis Corporation | 02/06/08 | 8008167 | Image Licensing | $ 38,780.00 |
| Time, Inc. | 02/06/08 | PS-59317 | Sports Illustrated images | $ 38,425.00 |
| Action Images Ltd. | 02/07/08 | | Licensing of images for venue | $ 3,500.00 |
| Tom Hindman | 02/07/08 | 02292008 | Digital Image - Randy Moss | $ 2,000.00 |
| Corbis Corporation | 02/08/08 | 8008726 | Image Licensing | $ 10,400.00 |
| Corbis Corporation | 02/08/08 | 8008787 | Image Licensing | $ 555.00 |
| Bryn Mawr College | 02/11/08 | 02/11/2008 | Basketball2.tif Image | $ 30.00 |

**NATIONAL SPORTS ATTRACTION, LLC**
**Schedule B - Personal Property**
**23. Licenses, franchises, and other general intangibles.  Give particulars.**
**February, 2009**

| Vendor | Invoice Date | Num | Asset | Amount (book value) |
|---|---|---|---|---:|
| Lehigh University | 02/11/08 | #3 | Digital Copy Lehigh-Lafayette Football Game | $ 100.00 |
|  | 02/12/08 |  |  | $ 800.00 |
| Corbis Corporation | 02/13/08 | 8010086 | Image Licensing | $ 275.00 |
| Corbis Corporation | 02/14/08 | 8010447 | Image Licensing | $ 5,200.00 |
| Getty Images, Inc. | 02/14/08 | 6053291 | Licensing of images for use in venue | $ 705.00 |
| PCN Photography Inc. | 02/20/08 | 280014 | Licensing of DUOMA archive photos | $ 500.00 |
| The Topeka Capital-Journal | 02/20/08 | TCJ022008 | 10  year licenses | $ 800.00 |
| Corbis Corporation | 02/21/08 | 8011987 | Image Licensing | $ 275.00 |
| Corbis Corporation | 02/25/08 | 8012791 | Image Licensing | $ 825.00 |
| National Geographic | 02/26/08 | NGS3-108061-1-1 | Print for Museum | $ 1,500.00 |
| Lipofsky Photography | 02/27/08 | 08012A | Image licensing - Celtics Big Three | $ 350.00 |
| Corbis Corporation | 02/28/08 | 8013988 | Image Licensing | $ 855.00 |
| Corbis Corporation | 02/28/08 | 8013978 | Image Licensing | $ 3,085.00 |
| Sameer Ahuja | 02/29/08 | 02/29/08 | Reimbursement for image licensing expenses incurred | $ 21,171.40 |
| Action Images Ltd. | 02/29/08 | Inv36052 | Licensing of images for venue | $ 500.00 |
| Getty Images, Inc. | 02/29/08 | 6068038 | Licensing of images for use in venue | $ 3,453.00 |
| Time, Inc. | 03/06/08 | PS-59374 | Sports Illustrated images | $ 31,200.00 |
| Cortina Productions | 03/10/08 |  | Image Licensing | $ 21,000.00 |
| Native Voices Foundation | 03/12/08 |  | Image - skier Suzy Chaffee | $ 500.00 |
| Corbis Corporation | 03/12/08 | 8017224 | Image Licensing | $ 5,365.00 |
| Action Images Ltd. | 03/12/08 | Inv36187 | Licensing of images for venue | $ 500.00 |
| Cortina Productions | 03/12/08 |  | Image Licensing | $ 21,000.00 |
| NASCAR Productions, LLC | 03/14/08 | 2-3956 | Images license fee | $ 78.62 |
| Infront Sports and Media | 03/14/08 |  | Image Licensing | $ 4,900.00 |
| NASCAR Images, Inc. | 03/14/08 |  | Image Licensing | $ 30,000.00 |
| Cortina Productions | 03/19/08 |  | Image Licensing | $ 18,395.00 |
| Sameer Ahuja | 03/31/08 |  | Reimbursement for image licensing expenses incurred | $ 9,075.67 |
| Operand/ Forefront | 04/01/08 |  | Image Licensing | $ 50,188.87 |
| History Associates Incorporated | 04/07/08 |  | Image Licensing | $ 11,850.00 |
|  | 04/07/08 |  |  | $ 30,500.00 |
|  | 04/30/08 |  |  | $ 1,365.00 |
|  | 04/30/08 |  |  | $ 791.25 |
|  | 04/30/08 |  |  | $ 1,410.00 |
|  | various 08 |  |  | $ 104,797.33 |
|  |  |  | Total amount (based on book value): | **$ 646,455.42** |