## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
### Manhattan

In re

**NATIONAL SPORTS ATTRACTION, LLC**

Case No. 09-11162-RDD

Chapter 7

Debtor(s)

### REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. §347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of the Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividends(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| MARIO BAUDUIN, Jr.<br>338 EAST 67TH STREET, APT. 5<br>NEW YORK, NY 10065 | 62.50 |
| TUTTLE AGENCY NY<br>ROBERT C. ANDRON<br>c/o TUTTLE AGENCY NY<br>295 MADISON AVENUE 15TH FL.<br>NEW YORK, NY 10017 | 33.49 |
| FANMAIL, INC.<br>148 VETERANS DRIVE<br>NORTHVALE, NJ 07647 | 23.83 |
| ZAGAT SURVERY<br>4 COLUMBUS CIRCLE<br>NEW YORK, NY 12212-5026 | 113.44 |
| ACTION SPORTS IMAGE, LLC<br>PO BOX 281688<br>ATLANTA, GA 30384-1688 | 52.56 |
| THELEN REID BROWN RAYSMAN &<br>FILE 72947<br>PO BOX 6000<br>SAN FRANCISCO, CA 94160-2947 | 1,163.54 |

| | |
|---|---|
| FMC ELECTRIC<br>155 SULLIVAN LANE<br>WESTBURY, NY 11590-3221 | 12.84 |
| PLUM BENEFITS, LLC<br>535 8TH AVENUE<br>9TH FLOOR<br>NEW YORK, NY 10018 | 31.83 |
| THE RIDLEY GROUP, INC.<br>66 WITHERSPOON STREET, #8100<br>PRINCETON, NEW JERSEY 08542 | 268.49 |
| TICKETMASTER LLC<br>TICKETMASTER, LLC<br>KIMBERLY TOBIAS, ESQ.<br>8800 W. SUNSET BLVD.<br>WEST HOLLYWOOD, CA 90069 | 147.45 |
| NATIONAL SOCCER HALL OF FAME<br>18 STADIUM CIRCLE<br>ONEONTA, NY 13820 | 138.81 |
| PAT PERILLO<br>PR NEWSWIRE<br>806 PLAZA THREE<br>HARBORSIDE FINANCIAL CTR.<br>JERSEY CITY, NJ 07311 | 11.84 |

Dated: October 9, 2015

/s/ JIL MAZER-MARINO
JIL MAZER-MARINO, Trustee
990 STEWART AVENUE, SUITE 300
P.O. BOX 9194
GARDEN CITY NY 11530
(516) 741-6565

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Report of Deposit of Unclaimed Funds was electronically served or mailed to Office of the U.S. Trustee, on October 9, 2015.

1076811